[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15908
Non-Argument Calendar
_____

D.C. Docket No. 0:10-cv-62437-WPD

MIRTA BENCOMO,

Plaintiff - Appellant,

versus

COSTA CROCIERE, S.P.A. COMPANY,
a foreign corp.,
d.b.a. Costa Cruise Lines,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 2, 2012)

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

Plaintiff, Mirta Bencomo, slipped on a puddle near the pool onboard the Defendant's cruise ship, the Costa Atlantica.  Alleging various theories of negligence, Bencomo sued Costa Crociere, S.P.A. Company ("Costa").  The district court granted Costa's motion for summary judgment.  This is Bencomo's appeal.

After a review of the record and the parties' arguments, we affirm. Bencomo cannot establish that Costa had a duty to correct or warn passengers about the allegedly dangerous condition because Costa did not have actual or constructive knowledge of the puddle.  *See Keefe v. Bahama Cruise Line, Inc.*, 867 F.2d 1318, 1322 (11th Cir. 1989) (per curiam).  Nothing in the record creates a genuine dispute regarding this issue.

**Affirmed**.